## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| DEVIL'S REACH CONDOMINIUM, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONWIDE MUTUAL INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Case No. 1:21-cv-00193-AJT-MSN |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure, counsel of record for all the Parties to the above-captioned action submit this Joint Stipulation of Dismissal. The Parties agree to dismiss this action with prejudice.

**SO STIPULATED.**                                               Dated: April 8, 2021

/s/
Thomas B. Hodges, Jr. Esq. (VSB No. 75000)
Green, Hodges & Gowland PLLC
109 Berrington Court
Richmond, Virginia 23221
(800) 683-6975
(877) 274-2898 – facsimile
thodges@ghglawyers.com
*Counsel for Plaintiffs*

/s/
Robert Tayloe Ross, Esq. (VSB No. 29614)
Diane U. Montgomery, Esq. (VSB No. 31850)
Daniel J. Laws, Esq. (VSB No. 93624)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, VA 23236
(804) 560-5997
(804) 560-5997– facsimile
rross@midkifflaw.com
dmontgomery@midkifflaw.com
dlaws@midkifflaw.com
*Counsel for Defendant*

**SO ORDERED.**

DATED:   04/19/2021

_____
Anthony J. Trenga
United States District Judge